USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
INNOVATUS CAPITAL PARTNERS, LLC,

      Plaintiff,   21 MC 00776 (LLS)
             ORDER

  - against -

TIN-REZ HOLDINGS, INC.

      Defendant.
- - - - - - - - - - - - - - - - - X

  Innovatus's motion to compel documents responsive to its subpoena is granted, and Tin-Rez's objections are overruled, to the extent that the numbered Requests in the subpoena are amended and enforced as follows:

  Request No. 1. Allowed with the words "and/or any Affiliated business" (which appear twice) stricken.

  Request No. 2. Same as No. 1, and also strike "and related transaction documents" and "all communications related to any such transactions".

  Request No. 3. To be rewritten as "Documents containing any valuation of MV Realty or the RTL business, or both, or your investments therein."

  Request No. 4. Stricken as overbroad and overburdensome

  Request No. 5. Same as No. 4

  Request No. 6. To be rewritten as "All studies or appraisals of existing or potential markets for RTL transactions."

-2-

So Ordered.

Dated:   New York, New York
         October 25, 2021

                                      *Louis L. Stanton*
                                      LOUIS L. STANTON
                                           U.S.D.J.